IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMARR L. KELLAM | : | CIVIL ACTION |
| | : | NO. 14-7029 |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | |

## ORDER

AND NOW, this 13th day of January, 2016, upon consideration of defendants David Perry, Kenneth Wilson, Amy Kurland, Nancy Radaszkiewicz, Charles Figorski and the City of Philadelphia's motion to dismiss plaintiff's complaint (Dkt. No. 7) and plaintiff Jamarr Kellam's response (Dkt. No. 9), and consistent with the accompanying Memorandum of Law, it is ORDERED that defendants' motion is GRANTED and plaintiff's claims are DISMISSED.

Plaintiff Jamarr Kellam may file an amended complaint on or by February 16th, 2016 only for his claims against the City of Philadelphia, if he can allege facts to explain why the statute of limitations on those claims should be tolled.

*s/Thomas N. O'Neill, Jr.*
THOMAS N. O'NEILL, JR., J.